JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYAN JACKSON, | Case No. 5:24-01353-ADS |
| Petitioner, | |
| v. | JUDGMENT |
| J. DOERER, | |
| Respondent. | |

Pursuant to the Court's Order, IT IS HEREBY ORDERED AND ADJUDGED that the Petition (Dkt. No. 1) is GRANTED.  Respondent is ordered to immediately release Petitioner from BOP custody.

DATED:  November 7, 2024         /s/ Autumn D. Spaeth
                                   THE HONORABLE AUTUMN D. SPAETH
                                   United States Magistrate Judge